# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA SAINTAL, | Case No. 2:15-cv-02460-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 24) |
| MARIA PESCE, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' motion to extend the deadline to respond to the complaint pending resolution of Plaintiff's motion for leave to amend the complaint. Docket No. 24; *see also* Docket No. 20 (motion for leave to amend complaint). For good cause shown, the motion to extend is GRANTED. In the event the motion for leave to amend the complaint is granted in whole or in part, Defendants shall have 45 days therefrom to file a response to the amended complaint. In the event the motion for leave to amend the complaint is denied in its entirety, Defendants shall have 14 days therefrom to file a response to the original complaint.

IT IS SO ORDERED.

DATED: November 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge