# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRICSELLA SAINTAL,<br><br>    Plaintiff(s),<br><br>vs.<br><br>MARIA PESCE, et al.,<br><br>    Defendant(s). | Case No. 2:15-cv-02460-GMN-NJK<br><br>ORDER |

  In civil rights cases brought by prisoners, the Court generally enters a scheduling order *sua sponte* upon the defendants' appearance. Local Rule 16-1. In this case, Defendants have appeared by filing a motion to dismiss. Docket No. 35. To the extent Defendants wish that discovery be stayed pending resolution of the motion to dismiss and believe they can meet the standards for making such a request, *see, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), then Defendants shall file a motion to stay discovery by June 8, 2017. Absent the filing of such a motion, the Court will enter a scheduling order *sua sponte*.

  IT IS SO ORDERED.

  DATED: June 1, 2017

                  _____
                  NANCY J. KOPPE
                  United States Magistrate Judge