# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCELLA SAINTAL, | Case No. 2:15-cv-02460-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 38) |
| MARIA PESCE, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss the amended complaint. Docket No. 38; *see also* Docket No. 35 (motion to dismiss). To date, no response has been filed. The Court finds that a stay of discovery comports with the goals of Rule 1, and therefore **GRANTS** the motion to stay discovery pending resolution of Defendants' motion to dismiss.

IT IS SO ORDERED.

DATED: July 3, 2017

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE